UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Lorenza Devon Dickens**    Docket No. 4:13-CR-6-2BO

**Petition for Action on Supervised Release**

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Lorenza Devon Dickens, who, upon an earlier plea of guilty to Possession of a Stolen Firearm and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on October 21, 2013, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Lorenza Devon Dickens was released from custody on January 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 3, 2015, Dickens tested positive for marijuana and cocaine. The defendant subsequently signed an Admission Form acknowledging his use of marijuana and cocaine on February 28, 2015. The defendant also signed a Waiver of Hearing agreeing to the proposed modification of supervision, and agreed to obtain a substance abuse assessment and participate in the Surprise Urinalysis Program.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: March 19, 2015

Lorenza Devon Dickens
Docket No. 4:13-CR-6-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __19__ day of __March__, 2015 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge